1164

APRIL 25, 1996

No. 95–8717 (A–873). BREWER *v.* WARD, WARDEN. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

APRIL 26, 1996

No. 95–1430. ROGERS ET AL. *v.* DESIDERIO ET AL. App. Ct. Ill., 3d Dist. Certiorari dismissed under this Court's Rule 46.1.

APRIL 29, 1996

No. 94–2016. INDEPENDENT LIFE & ACCIDENT INSURANCE CO. *v.* HARRINGTON, AS ADMINISTRATRIX OF THE ESTATE OF CASEY, DECEASED. Sup. Ct. Ala. Certiorari dismissed under this Court's Rule 46.

No. 94–2081. UNITED STATES SURGICAL CORP. *v.* ETHICON, INC., ET AL. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Markman* v. *Westview Instruments, Inc., ante,* p. 370. JUSTICE BREYER took no part in the consideration or decision of this case.